IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    v.<br><br>CARMALITA M. TABORN,<br>[DOB: 05/06/1987]<br><br>                          Defendant. | Case No. 25-00284-01-CR-W-LMC<br><br>*Possession of dangerous weapon in federal facility*<br>18 U.S.C. § 930(a)<br>NMT 1 Year Imprisonment<br>NMT $100,000 Fine<br>Class A Misdemeanor<br>$25 Mandatory Special Assessment |

## **I N F O R M A T I O N**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 14, 2025, at the Internal Revenue Service, Kansas City Service Center, in the Western District of Missouri, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, **CARMALITA M. TABORN**, did knowingly possess or cause to be present a dangerous weapon within a Federal facility, in violation of Title 18, United States Code, Section 930(a).

                                          R. Matthew Price
                                          United States Attorney

                 By    */s/ John Constance*

                                        John Constance
                                        Assistant United States Attorney
                                        Western District of Missouri

Dated: September 24th, 2025